

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
APR 15 2025
CLERK'S OFFICE
DETROIT

United States of America,

    Plaintiff,

v.

Sarmad RAFI,

    Defendant.
_____/

Criminal No. 25-cr-20224

Honorable Nancy Edmunds

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

    I, Sarmad RAFI, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

Counts 1, 2, 3:    18 U.S.C. § 554, *Smuggling Goods from the United States*, punishable by up to 10 years' imprisonment, a $250,000 fine, or both.

Count 4:    18 U.S.C. § 1001(a)(2), *False Statements*, punishable by up to 5 years' imprisonment, a $250,000 fine, or both.

_____    Dated: 4/15/25
Sarmad RAFI
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 4/15/25

Zachary Glaza
Counsel for Defendant