UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

   v.

Sarmad Rafi
       Defendant.

Case No: 25-cr-20224

---

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Susan Fairchild<br>Telephone: (313) 226-9577<br>Email: Susan.Fairchild@usdoj.gov | Name: Kathryn Boyles<br>Telephone: 313-226-9556 |

Jerome F. Gorgon Jr.
United States Attorney

*s/Susan Fairchild*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Susan.Fairchild@usdoj.gov
(313) 226-9577

Dated: October 23, 2025